

SUSAN HAWK
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

December 15, 2015

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:     *Ex parte Stanley O. Mozee*; WR-82,467-01, W99-02631(A) and
        *Ex parte Dennis L. Allen*; WR-56,666-03, W00-01305(B)

Dear Mr. Acosta:

Enclosed are the following documents related to the above-referenced case numbers: *State's Objections to Trial Court's Supplemental Findings of Fact on Remand* and *State's Motion for General Remand.* Please file the original and return the enclosed copy, file-marked, to me at Patricia Cummings; Assistant District Attorney; 133 N. Riverfront Blvd., LB 19; Dallas, Texas 75207.

Please contact me at 214-653-3600 if you have any questions. Thank you for your time and attention in advance.

Sincerely,

PATRICIA CUMMINGS
Assistant District Attorney
Conviction Integrity Unit
Dallas County, Texas

Encl.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

NOS. WR-82,467-01& WR-56,666-03
CAUSE NOS. F99-02631-R, F00-01305-R
WRIT NOS. W99-02631-R(A) and W00-01305-FR(B)

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 203RD JUDICIAL DISTRICT |
| | § | DALLAS COUNTY, TEXAS |
| | § | |
| | § | AND |
| | § | |
| STANLEY ORSON MOZEE | § | |
| & | § | THE TEXAS COURT OF |
| DENNIS LEE ALLEN | § | CRIMINAL APPEALS |

## STATE'S MOTION FOR GENERAL REMAND

The State, in the above numbered and entitled causes, files this Motion

for General Remand for the reasons set forth below.

### I.

### THE TRIAL COURT'S SUPPLEMENTAL FINDINGS ARE UNSUPPORTED BY THE RECORD

On October 28, 2014, after considering the entire record in both cases,

the trial court signed Agreed Findings of Fact and Conclusions of Law finding

that the State suppressed exculpatory evidence[1] in violation of *Brady v.*

*Maryland* and that the State presented false testimony from one of the

informants that went uncorrected by the State. On February 4, 2015, this

---

[1] The suppressed exculpatory evidence is numerous letters from two testifying jailhouse informants and the substantive discussions the State had with the informants underlying the correspondence.

*State's Motion for Remand*                                           Page 1 of 4
Stanley O. Mozee – WR-82,467-01; W99-02631-R(A); F99-02631-R
Dennis L. Allen – WR-56,666-03; W00-01305-R(B); F00-01305-R

Court issued a remand order directing the trial court to provide the trial prosecutor an opportunity to respond to the *Brady* claims. Following receipt of the remand order, the Judge recused herself sua-sponte and both Applicants' cases were transferred to the 203rd Judicial District Court.[2]

An evidentiary hearing was held on October 26 – 27, 2015, during which testimony from the lead trial prosecutor – Rick Jackson – was heard. Then, before either party rested and closed, the trial court entered its *Findings of Fact on Remand*[3] on November 10, 2015 – approximately ten days *before* the reporter's record was prepared.

The State has filed its objections to the trial court's supplemental findings because they are unsupported by the record. *See Ex parte Bagley*, 509 S.W.2d 332 (Tex. Crim. App. 1974) (holding that the Court of Criminal Appeals is not bound by the trial court's findings in a habeas corpus proceeding and may make contrary findings when the trial court's findings are not supported by the record.)

---

[2] The term of the Judge of the 265th Judicial District Court who signed the Agreed Findings of Fact – the Honorable Mark Stoltz – expired on December 31, 2014. The new Judge of the 265th Judicial District Court, the Honorable Jennifer Bennett, recused herself from this cause upon its remand. As a result, the case was reassigned to the Judge of the 203rd Judicial District Court – the Honorable Teresa Hawthorne.

[3] Hereinafter referred to as the trial court's supplemental findings.

## II.

## THE SUPPLEMENTAL FINDINGS ARE
## BASED ON AN INCOMPLETE RECORD

During the writ hearing, Applicants advised the trial court that they intended to present further testimony and noted that they may need to recall Jackson. Applicants also advised the trial court that, in light of Jackson's testimony, they planned to amend their writ of habeas corpus applications which would further necessitate a continuation of the hearing. The Court agreed to set another hearing date. Applicants filed their amended habeas applications after the hearing was recessed.

Instead of setting another hearing date to allow the parties to further develop the record and conclude the hearing, the trial court issued its supplemental findings. Since the hearing and the trial court's supplemental findings, the State has continued to investigate Applicants' claims and has discovered additional exculpatory evidence which appears to further support Applicants' claims and impeach Jackson's testimony at the writ hearing.

## III.

## CONCLUSION

For the aforementioned reasons, and those specifically set out in its objections, the State respectfully requests that should the Court of Criminal Appeals not adopt the trial court's Findings of Fact, thereby rejecting the

*State's Motion for Remand*
Stanley O. Mozee – WR-82,467-01; W99-02631-R(A); F99-02631-R
Dennis L. Allen – WR-56,666-03; W00-01305-R(B); F00-01305-R

Page 3 of 4

Findings of Fact on Remand, the Applications and Amended Applications be

generally remanded to the trial court for further fact finding.

Respectfully submitted,

**Susan Hawk**
**Criminal District Attorney**
**Dallas County, Texas**

**Patricia Cummings**
**Special Fields Bureau Chief**
**Assistant District Attorney**
State Bar No. 05227500

**Cynthia R. Garza**
**Assistant District Attorney**
State Bar No. 24045924
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3600
(214) 653-3643 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing response was served on Gary A. Udashen – attorney for Applicant Allen – and on Ezekiel Tyson , Jr. – attorney for Applicant Mozee – on December 15, 2015.

Patricia Cummings

*State's Motion for Remand*
Stanley O. Mozee – WR-82,467-01; W99-02631-R(A); F99-02631-R
Dennis L. Allen – WR-56,666-03; W00-01305-R(B); F00-01305-R

Page 4 of 4